UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LAWRENCE L. CRAWFORD, | ) | CASE NO. 1:09 CV 465 |
| | ) | |
| Petitioner, | ) | JUDGE KATHLEEN M. O'MALLEY |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| STATE OF FLORIDA, et al., | ) | AND ORDER |
| | ) | |
| Respondents. | ) | |

On March 2, 2009, petitioner pro se Lawrence L. Crawford filed the above-captioned habeas corpus action under 28 U.S.C. § 2241.[1] Petitioner is incarcerated at Lieber CI in Ridgeville, South Carolina. While petitions may be brought pursuant to 28 U.S.C. § 2241 to challenge the execution of a sentence, the habeas corpus power of federal courts has been limited by section 2241 to those district courts within whose territorial jurisdiction the custodian is located. Wright v. United States Board of Parole, 557 F.2d 74, 77 (6th Cir. 1977)(citing Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973)). Petitioner is thus required to bring this action in a federal court in South Carolina.

Accordingly, the petition is denied and this action is

---

[1] Mr. Crawford purports to file this action on behalf of others, but no one else signed the complaint.

dismissed pursuant to 28 U.S.C. § 2243.  The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

s/ Kathleen M. O'Malley
KATHLEEN M. O'MALLEY
UNITED STATES DISTRICT JUDGE

DATED: April 15, 2009