```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO

LAWRENCE L. CRAWFORD,          )    CASE NO. 1:09 CV 465
                               )
         Petitioner,           )    JUDGE KATHLEEN M. O'MALLEY
                               )
     v.                        )
                               )    JUDGMENT ENTRY
STATE OF FLORIDA, et al.,      )
                               )
         Respondents.          )
```

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

s/ Kathleen M. O'Malley
KATHLEEN M. O'MALLEY
UNITED STATES DISTRICT JUDGE

DATED: April 15, 2009